In the Matter of the Accounting of TOMPKINS COUNTY TRUST COMPANY, Respondent, as Trustee under the Will of WILLIAM G. EGBERT, Deceased.

GLADYS E. HUNT, Appellant; WILLIAM G. EGBERT, JR., Respondent.

Argued January 10, 1940; decided January 25, 1940.

*Harold G. Hutchens* for appellant.

*D. Boardman Lee* for William G. Egbert, Jr., respondent.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, SEARS, LEWIS and CONWAY, JJ. Taking no part: RIPPEY, J.